# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WARNER BERNARD CRIDER,

       Plaintiff,                      Case Number: 06-CV-13805

v.                                        HON. ARTHUR J. TARNOW

GEORGE D. LYONS, ET AL.,

       Defendants.
_____/

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated   September 22, 2006  , this cause of action is DISMISSED WITH PREJUDICE.

      Dated at Detroit, Michigan this   22nd   day of   September  , 2006.

                                                DAVID J. WEAVER
                                               CLERK OF THE COURT

                             BY:   s/s   THERESA E. TAYLOR

APPROVED:

                           s/Arthur J. Tarnow
                           Arthur J. Tarnow
                           United States District Judge

Dated:  September 22, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2006, by electronic and/or ordinary mail.

                                  s/Theresa E. Taylor
                                  Case Manager